UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-cr-00022-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB AUSTIN EVANS | ORDER TO SEAL |

On motion of the Defendant, Jacob Austin Evans, and for good cause shown, it is hereby ORDERED that **DE 84** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9__ day of July, 2021.

JAMES C. DEVER III
United States District Court Judge